IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DARMAIL LAMONT SIMPKINS,<br>　　　　　　　　Defendant. | CASE NO.  1:22-MJ-00156-SKO<br><br>ORDER THAT CASH BOND BE TRANSFERRED TO DISTRICT OF NORTH DAKOTA |

　　　On October 20, 2022, Defendant DARMAIL SIMPKINS was released on conditions, including a $10,000 cash bond.  Plaintiff was also ordered to report to the United States District Court for the District of North Dakota for further proceedings.  On November 30, 2022, this Court transferred relevant documents to the District of North Dakota.  (ECF No. 10).  On November 28, 2022, a cash bond of $10,000.00 was posted as to Darmail Simpkins.

　　　Given that Mr. Simpkin's case is now pending before the District of North Dakota, the Court orders the Clerk of the Court to transfer the $10,000 cash bond to the District of North Dakota.

IT IS SO ORDERED.

Dated:　12/9/2022　　　　　　　　　　　　　　　*Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1